IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHUE YANG,

    Petitioner,        No. CIV S-05-1695 DFL GGH P

    vs.

D.L. RUNNELS, Warden, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis and request for appointment of counsel. In his application, petitioner challenges a conviction issued by the Fresno County Superior Court. Fresno County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

        Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis and request for appointment of counsel.

/////

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This court has not ruled on petitioner's request to proceed in forma pauperis

3 | and request for appointment of counsel;

4 | 2. This action is transferred to the United States District Court for the Eastern

5 | District of California sitting in Fresno; and

6 | 3. All future filings shall reference the new Fresno case number assigned and

7 | shall be filed at:

8 | United States District Court
Eastern District of California
9 | 1130 "O" Street
Fresno, CA 93721

11 | DATED: 10/4/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
yang1695.109